# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-6673 PA (FMOx) | Date | January 18, 2012 |
|---|---|---|---|
| Title | One-E-Way, Inc. v. Plantronics, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      IN CHAMBERS - ORDER

Before the Court is a Stipulation to Continue Fed.R.Civ.P. 16(b), 26(f) Scheduling Conference (Docket No. 77). As required by the Court's Order Setting Scheduling Conference, the parties conducted their meeting of counsel and submitted their Federal Rule of Civil Procedure 26(f) Joint Report. If, after considering the Joint Report, the Court concludes that a Scheduling Conference is necessary, the Court will continue the Scheduling Conference to accommodate counsel's trial plans. Should the Court determine that a Scheduling Conference is unnecessary, the Court will issue a Scheduling Order with pretrial and trial dates and vacate the Scheduling Conference.

IT IS SO ORDERED.