# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-6673 PA (FMOx) | Date | January 23, 2011 |
|---|---|---|---|
| Title | One-E-Way, Inc. v. Plantronics, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS – COURT ORDER

The Court has received the parties' joint 26(f) report and finds that a scheduling conference is not necessary. Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates. The scheduling conference currently on calendar for Monday, January 23, 2012 at 10:30 a.m. is hereby vacated, and the matter taken off calendar.

Pursuant to the agreement of the parties, this matter has been referred to private mediation. The parties have fourteen (14) days to select a mediator who has no conflicts and is otherwise available to act as the settlement officer in this matter. If the parties are unable to agree on a mediator, each side shall submit to the Court the name of a mediator who agrees to act as the settlement officer. The Court will then randomly select the settlement officer.

Plaintiff shall serve on all parties and file with the Court a Disclosure of Asserted Claims and Infringement Contentions ("Infringement Contentions") on or before February 24, 2012. The Infringement Contentions shall contain the following information:

1.  Each claim of each patent in suit that is allegedly infringed by the defendant;

2.  Separately for each asserted claim, each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of the defendant of which plaintiff is aware. This identification shall be as specific as possible. Each product, device, and apparatus must be identified by name or model number, if known. Each method or process must be identified by name, if known, or by any product, device, or apparatus which, when used, allegedly results in the practice of the claimed method or process;

3.  A chart identifying specifically where each element of each asserted claim is found within each Accused Instrumentality, including for each element that plaintiff contends is governed by

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6673 PA (FMOx) | Date | January 23, 2011 |
|---|---|---|---|
| Title | One-E-Way, Inc. v. Plantronics, Inc., et al. | | |

35 U.S.C. § 112, ¶ 6, the identity of the structure(s), act(s), or material(s) in the Accused Instrumentality performing the claimed function; and

  4. Whether each element of each asserted claim is claimed to be literally present or present under the doctrine of equivalents in the Accused Instrumentality.

  No later than 30 days after service upon it of the Infringement Contentions, defendant shall serve on all parties its Invalidity Contentions which must contain the following information:

  1. The identity of each item of prior art that allegedly anticipates each asserted claim or renders it obvious.  Each prior art patent shall be identified by its number, country of origin, and date of issue.  Each prior art publication must be identified by its title, date of publication, and, where feasible, author and publisher.  Prior art under 35 U.S.C. § 102(b) shall be identified by specifying the item offered for sale or publicly used or known, the date the offer or use took place or the information became known, and the identity of the person or entity which made the use or which made and received the offer, or the person or entity which made the information known or to whom it was made known.  Prior art under 35 U.S.C. § 102(f) shall be identified by providing the name of the person(s) from whom and the circumstances under which the invention or any part of it was derived.  Prior art under 35 U.S.C. § 102(g) shall be identified by providing the identities of the person(s) or entities involved in and the circumstances surrounding the making of the invention before the patent applicant(s);

  2. Whether each item of prior art anticipates each asserted claim or renders it obvious.  If a combination of items of prior art makes a claim obvious, each such combination, and the motivation to combine such items, must be identified;

  3. A chart identifying where specifically in each alleged item of prior art each element of each asserted claim is found, including for each element that such party contends is governed by 35 U.S.C. § 112, ¶ 6, the identity of the structure(s), act(s), or material(s) in each item of prior art performing the claimed function; and

  4. Any grounds of invalidity based on indefiniteness under 35 U.S.C. § 112, ¶ 2 or enablement or written description under 35 U.S.C. § 112, ¶ 1 of any of the asserted claims.

  Amendment or modification to the Infringement Contentions or the Invalidity Contentions may be made only by order of the Court, which shall be entered only upon a showing of good cause.

  IT IS SO ORDERED.

cc: ADR Manager

# U.S. District Judge Percy Anderson
## Schedule of Trial and Pretrial Dates

| CASE NO.: | CV 11-06673 |
|---|---|

| PARTIES: | One-E-Way Inc.<br>-v-<br>Plantronics, Inc., et al. |
|---|---|
| COMPLAINT FILED: | 08/12/11 |

| TRIAL TYPE: | jury |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate
Attorney Settlement Panel
Outside ADR                              X
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| **10/09/12** | Jury Trial at 9:00 a.m. |
| **10/04/12** | File Final Trial Exhibit Stipulation |
| **10/01/12** | Hearing on Motions in Limine at 1:30 p.m.<br>Hearing on Disputed Jury Instructions at 1:30 p.m. |
| **09/07/12** | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| **08/24/12** | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| **08/13/12** | Last Date to Conduct Settlement Conference |
| **08/06/12** | Last Day for Hearing Motions |
| **07/30/12** | Discovery Cut-off |
| **04/16/12** | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |