# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE-E-WAY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PLANTRONICS, INC., <br><br> Defendant. | CASE NO. 2:11-06673-PA (FMO) <br><br> [PROPOSED] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** <br><br> **Hon. Percy Anderson** |

Good cause appearing, the Stipulated Protective Order is entered on this date.

IT IS SO ORDERED.

Dated: February 29, 2012

By: _____
Honorable Percy Anderson
Judge of the United States District Court

-1-

STIPULATED PROTECTIVE ORDER
CASE NO. 2:11-06673-PA (FMO)