Brandon C. Fernald (CA Bar 222429)
Rachel D. Stanger (CA Bar 200733)
**FERNALD LAW GROUP, LLP**
510 W 6th Street, Suite 700
Los Angeles, California 90014
Tel:   (323) 410-0300
Fax:   (323) 410-0330
Email:   brandon.fernald@fernaldlawgroup.com
             rachel.stanger@fernaldlawgroup.com

Edward E. Casto, Jr. (*pro hac vice*)
Jaime K. Olin (CA Bar 243139)
**NELSON BUMGARDNER CASTO, P.C**.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel:   (817) 377-9111
Fax:   (817) 377-3485
Email:  ecasto@nbclaw.net
            jolin@nbclaw.net

Attorneys for Plaintiff One-E-Way, Inc.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE-E-WAY, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>PLANTRONICS, INC.,<br><br>    Defendant. | CASE NO. 2:11-06673-PA (FMO)<br><br>**ORDER DISMISSING PLANTRONICS, INC. WITH PREJUDICE**<br><br>Courtroom:          15<br>Judge:                  Percy Anderson<br>Magistrate Judge: Fernando M. Olguin<br>Complaint Filed:   August 12, 2011<br>Trial Date:           October 9, 2012 |

1  Plaintiff One-E-Way's ("Plaintiff") and Defendant Plantronics, Inc.'s ("Defendant") Stipulation of Dismissal With Prejudice has been considered and, good cause being shown,

IT IS HEREBY ORDERED

1. This Court has jurisdiction over the subject matter of and the Parties to this action and venue is properly laid.

2. As a result of the Agreement, Defendant is hereby dismissed, with prejudice, as to all claims asserted by Plaintiff.

3. Each party hereto shall bear its own costs and attorney's fees incurred in this action.

Dated: April 16, 2012

_____
Honorable Percy Anderson
Judge of the District Court